# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:10−cv−62150−WPD

| | |
|---|---|
| Enpat, Inc. v. Denny | Date Filed: 11/08/2010 |
| Assigned to: Judge William P. Dimitrouleas | Date Terminated: 02/15/2011 |
| Referred to: Magistrate Judge Lurana S. Snow | Jury Demand: Plaintiff |
| Cause: 35:0271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Enpat, Inc.**  
*a Florida corporation*

represented by **Kelly Gatson Swartz**  
Hayworth, Chaney &Thomas PA  
202 N. Harbor City Boulevard  
Suite 300  
Melbourne, FL 32935  
Email: kswartz@hctlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Herbert Denny**  
*individually*

represented by **Herbert Denny**  
8500 Essington Ave. PMB 311  
Philadelphia, PA 19153−7001  
954−284−4074  
PRO SE

**Counter Claimant**

**Herbert Denny**  
*individually*

V.

**Counter Defendant**

**Enpat, Inc.**  
*a Florida corporation*

represented by **Kelly Gatson Swartz**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2010 | Ï 1 | COMPLAINT against Enpat, Inc.. Filing fee $ 350.00 receipt number 113C−3292836, filed by Enpat, Inc.. (Attachments: #_1 Civil Cover Sheet, #_2 Summon(s), #_3 Exhibit, #_4 Exhibit)(Swartz, Kelly) (Entered: 11/08/2010) |
| 11/08/2010 | Ï 2 | Judge Assignment RE: Electronic Complaint to Judge William P. Dimitrouleas and Magistrate Judge Lurana S. Snow (jc) (Entered: 11/08/2010) |

| 11/08/2010 | Ï 3 | Summons Issued as to Herbert Denny. (jc) (Entered: 11/08/2010) |
|---|---|---|
| 11/08/2010 | Ï 4 | Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report. Signed by Judge William P. Dimitrouleas on 11/8/2010. (ebs) (Entered: 11/09/2010) |
| 11/09/2010 | Ï 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (jc) (Entered: 11/09/2010) |
| 11/09/2010 | Ï 6 | Notice of Pendency of Other Action by Enpat, Inc. (Swartz, Kelly) (Entered: 11/09/2010) |
| 12/16/2010 | Ï 7 | SUMMONS (Affidavit) Returned Executed by Enpat, Inc.. Herbert Denny served on 11/16/2010, answer due 12/7/2010. (Swartz, Kelly) (Entered: 12/16/2010) |
| 12/28/2010 | Ï 8 | ORDER TO SHOW CAUSE for Lack of Prosecution; Show Cause Response due by 1/11/2011.. Signed by Judge William P. Dimitrouleas on 12/28/2010. (dm) (Entered: 12/29/2010) |
| 01/10/2011 | Ï 9 | RESPONSE TO ORDER TO SHOW CAUSE by Enpat, Inc.. (Swartz, Kelly) (Entered: 01/10/2011) |
| 01/31/2011 | Ï 10 | UNOPPOSED MOTION to Transfer Venue by Herbert Denny. Responses due by 2/17/2011 (asl) (system updated) (Entered: 02/01/2011) |
| 01/31/2011 | Ï 11 | ANSWER and COUNTERCLAIM against Enpat, Inc. by Herbert Denny.(asl) (Entered: 02/01/2011) |
| 02/01/2011 | Ï 12 | ORDER Requiring Response to Motion to Transfer; re 10 MOTION to Change Venue.( Responses due by 2/17/2011). Signed by Judge William P. Dimitrouleas on 2/1/2011. (asl) (Entered: 02/01/2011) |
| 02/02/2011 | Ï 13 | ANSWER to Counterclaim by Enpat, Inc..(Swartz, Kelly) (Entered: 02/02/2011) |
| 02/15/2011 | Ï 14 | RESPONSE in Support re 10 MOTION to Change Venue filed by Enpat, Inc.. (Swartz, Kelly) (Entered: 02/15/2011) |
| 02/15/2011 | Ï 15 | ORDER Granting Unopposed Motion to Transfer Venue; re 10 Motion to Change Venue. The Clerk is directed to transfer the above−styled case to District Court for the Middle District of Florida. The Clerk shall close this case in this district. Signed by Judge William P. Dimitrouleas on 2/15/2011. (asl) (Entered: 02/15/2011) |