# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, Florida 32801

Sheryl L. Loesch
Clerk

Tammy Tornus
Orlando Division Manager

**ENPAT, INC.,**

**-vs-**                                                                 **Case No. 6:11-cv-250-Orl-19KRS**

**HERBERT DENNY,**

        **Defendant.**

## NOTICE TO COUNSEL

      This is to advise you that on February 15, 2011, the above-referenced case, previously assigned case number 0:10-cv-62150-WPD was transferred to the Orlando Division of the Middle District of Florida from the Southern District of Florida (Ft. Lauderdale). This case has been assigned to the Honorable Patricia C. Fawsett, and has been assigned the above styled case number. The case has been assigned to Magistrate Judge Karla R. Spaulding for all magistrate matters.

**ALL PARTIES MUST USE THE NEW CIVIL CASE NUMBER WHEN FILING FUTURE BRIEFS, MOTIONS, RESPONSES, OR OTHER APPLICABLE PLEADINGS IN THIS CASE.**

**PLEASE NOTE:** Electronic filing by counsel is mandatory in the Middle District of Florida. Pro se parties must file in paper.

                                        SHERYL L. LOESCH, CLERK

                                        *C. Houston*
                                        Deputy Clerk

February 17, 2011