**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ENPAT, INC.,**

**-vs-**                                                                 Case No. 6:10-cv-1490-Orl-31KRS

**LATITUDE 2855 LLC,**

      **Defendant.**
_____

**ENPAT, INC.,**

      **Plaintiff,**

**-vs-**                                                                 Case No. 6:10-cv-1491-Orl-31KRS

**GEORGE BAUER,**

      **Defendant.**
_____

**ENPAT, INC.,**

      **Plaintiff,**

**-vs-**                                                                 Case No. 6:11-cv-77-Orl-31KRS

**JORDAN KLEIN,**

      **Defendant.**
_____

**ENPAT, INC.,**

      **Plaintiff,**

**-vs-**                                                                 Case No. 6:11-cv-84-Orl-31KRS

**HARRY SHANNON,**
_____

**ENPAT, INC.,**

-vs-                                                              Case No. 6:11-cv-250-Orl-31KRS

**HERBERT DENNY,**

               **Defendant.**
_____

**ENPAT, INC.,**

               **Plaintiff,**

-vs-                                                              Case No. 6:11-cv-310-Orl-31KRS

**ROBINSON AIR CRANE, INC.,**

               **Defendant.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulated Dismissal with prejudice, and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 21, 2012.

                                                                 GREGORY A. PRESNELL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party